34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 1 7 1 6   0 9 6

DIVISION " "

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION, INC.,
BP PRODUCTS NORTH AMERICA, INC. AND BP AMERICA, INC.

FILED: _____ JUN 2 5 2010 _____
@ 2:55 P.m.

_Lena R. Torres_
DEPUTY CLERK

## PETITION

NOW INTO COURT, through undersigned counsel, comes the State of

Louisiana, by and through, the Honorable John F. Rowley, District Attorney for the

Parish of St. Bernard, State of Louisiana, pursuant to La. R.S. 56:40.4, which alleges as

follows:

## PARTIES

1.

Plaintiff is the State of Louisiana as authorized by R.S. 56:40.1, *et seq.*

2.

Made Defendants herein are:

A.   BP EXPLORATION & PRODUCTION, INC., a foreign corporation
authorized to do and doing business in the State of Louisiana which can
be served through its Registered Agent for Service of Process, CT
Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge,
Louisiana, 70808;

B.   BP PRODUCTS NORTH AMERICA, INC., a foreign corporation
authorized to do and doing business in the State of Louisiana which can
be served through its Registered Agent for Service of Process, The
Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton
Rouge, Louisiana, 70802-6129; and

C.   BP AMERICA, INC. a foreign corporation authorized to do and doing business in the State of Louisiana which can be served through its Registered Agent for Service of Process, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

## JURISDICTION AND VENUE

3.

Within the Parish of St. Bernard, State of Louisiana, the Defendants have killed, and/or injured fish, wild birds, wild quadrupeds and other wildlife and acquatic life in violation of Title 56 of the Louisiana Revised Statutes ("Title 56").

4.

This Court has jurisdiction over suits for violations of Title 56 pursuant to La. R.S. 56:45.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56:40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1, *et seq.* may be brought in the parish in which the violation occurred.

6.

Venue for the prosecution of this action in this district is also proper under La. R.S. 56:46 which provides that, when a violation has occurred in a river, a suit for recovery of civil penalties brought under La. R.S. 56:40.1, *et seq.* may be brought in the parish which abuts a river.

7.

Venue for the prosecution of this action in this district is also proper under La. R.S. 56:47 which provides that, when a violation has occurred in any lake, bay, inlet, or other body of water, a suit for recovery of civil penalties brought under La. R.S. 56:40.1,

1574002

*et seq.* may be brought in the parish which bounds that lake, bay, inlet, or other body of water.

8.

Venue for the prosecution of this action in this district is also proper under La. R.S. 56:48 which provides that, when a violation has occurred in the Gulf of Mexico, a suit for recovery of civil penalties brought under La. R.S. 56:40.1, *et seq.* may be brought in any parish which borders the Gulf of Mexico.

9.

In accordance with La. R.S. 56:40.4, the District Attorney of the parish in which the violation occurred, in this case, the Parish of St. Bernard, State of Louisiana, may bring a civil suit under La. R.S. 56:40.1, *et seq.*, in the name of the State of Louisiana to recover civil penalties for the value of each fish, wild bird, wild quadruped and other wildlife and acquatic life unlawfully killed, caught, taken, possessed or injured.

## FACTUAL ALLEGATIONS

10.

As a result of the actions of Defendants, oil, minerals, and other foreign substances have entered and continue to enter into the rivers, lakes, bays, inlets, and other bodies of water of the State of Louisiana, specifically St. Bernard Parish, and the waters of the State in the Gulf of Mexico adjacent to the Parish of St. Bernard Parish, causing and continuing to cause the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds and other wildlife and acquatic life in violation of Title 56 within the Parish of St. Bernard.

137400.2

11.

In accordance with La. R.S. 56:40.1, *et seq.*, in particular La. R.S. 56:40.6, the Defendants are jointly, severally, and solidarily liable to Plaintiff for the value of each fish, wild bird, wild quadruped and other wildlife and aquatic life unlawfully killed, caught, taken, possessed or injured plus attorneys' fees and costs of these proceedings.

12.

Plaintiff asserts only those causes of action specifically pled in this Petition, and which have occurred within the Parish of St. Bernard, State of Louisiana, which causes of action arise solely under the provision of La. R.S. 56:40.1, *et seq.*

13.

Notwithstanding any language in this Petition to the contrary, Plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or causes of action herein.

14.

To the extent any state law claims expressed or implied in this Petition are preempted by federal law, such claims are not alleged herein.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, the State of Louisiana, by and through, the Honorable John F. Rowley, District Attorney for the Parish of St. Bernard, State of Louisiana, prays for judgment against Defendants, BP Exploration & Production, Inc., BP Products North America, Inc. and BP America, Inc., jointly, severally, and solidarily, as follows:

A.  In a sum equal to the penalty value of each fish, wild bird, wild quadruped and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed or injured as determined in accordance with to La. R.S. 56:40.2;

4

B.     Prejudgment and post judgment interest at the maximum rate allowed by
       law;

C.     Attorney's fees and costs of litigation pursuant to La. R.S. 56:40.3; and

D.     Any such other and further equitable relief available in the premises.

                              Respectfully submitted,

                              _____
                              John F. Rowley (Bar #02245)
                              1101 W. St. Bernard Highway
                              P. O. Box 947
                              Chalmette, Louisiana 70044-0947
                              Telephone: (504) 271-1811
                              Facsimile: (504) 279-2874

                              *District Attorney for the Parish of St. Bernard*


                              _____
                              Peter J. Butler, Jr. (Bar #18522)
                              Richard G. Passler (Bar #21006)
                              Barrett R. Stephens (Bar #31331)
                              Justin W. Stephens (Bar #30987)
                              BREAZEALE, SACHSE & WILSON, L.L.P.
                              909 Poydras Street, Suite 1500
                              New Orleans, Louisiana 70112
                              Telephone: (504) 584-5454
                              Facsimile: (504) 584-5452

                              *Appointed Counsel by District Attorney for*
                              *the Parish of St. Bernard, State of Louisiana*


SHERIFF, PLEASE SERVE:

1.     BP EXPLORATION & PRODUCTION, INC.
       Through its Registered Agent for Service of Process,
       CT Corporation System
       5615 Corporate Boulevard, Suite 400B
       Baton Rouge, Louisiana, 70808

2.     BP PRODUCTS NORTH AMERICA, INC.,
       Through its Registered Agent for Service of Process,
       The Prentice-Hall Corporation System, Inc.
       320 Somerulos Street
       Baton Rouge, Louisiana, 70802-6129

157-0012

3.    BP AMERICA, INC.
      Through its Registered Agent for Service of Process,
      CT Corporation System
      5615 Corporate Boulevard, Suite 400B
      Baton Rouge, Louisiana, 70808

157400.2